UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Ilona Dzhamgarova , Defendant(s).
-----------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

21-CR- 58 (__)(__)

Defendant __Ilona Dzhamgarova__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

✓  Initial Appearance/Appointment of Counsel

x  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

___  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Ilona Dzhamgarova__
Print Defendant's Name

_____
Defense Counsel's Signature

__Arthur L. Aidala__
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__3/8/21__
Date

__Mary Kay Vyskocil__
U.S. District Judge/U.S. Magistrate Judge