USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ILONA DZHAMGAROVA, IGOR REZNIK, and ARTHUR ARCADIAN,

Defendants.

21-cr-58 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court has received a joint status letter from the parties dated June 21, 2021. [ECF No. 44.] The parties request (1) an adjournment of the conference scheduled for July 1, 2021, to a date in September to give Defendants additional time to review discovery and assess whether to file any motions and so the parties may continue to engage in plea negotiations and (2) that all time be excluded under the Speedy Trial Act from July 1, 2021, until the next scheduled conference.

IT IS HEREBY ORDERED that the conference scheduled for July 1, 2021, at 10:00 AM is adjourned to September 14, 2021, at 2:00 PM. IT IS FURTHER ORDERED that all time under the Speedy Trial Act be excluded from July 1, 2021, to September 14, 2021. Given the need for Defendants to review discovery, meet with counsel, and assess motion practice; the need for the parties to continue to explore a consensual disposition of the case; the limited availability of jury trials due to restrictions related to the COVID-19 pandemic; and Defendants' consent to exclude time, the Court finds that the ends of justice served by excluding all time from July 1, 2021, to September 14, 2021, outweigh the interest of the public and Defendant in a speedy trial.

**SO ORDERED.**

**Date: June 21, 2021**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**