UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Ilona Dzhamgarova

                      Defendant(s).
------------------------------------------------------------X

```
USDC SDNY                         March 31, 2020
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/21
```

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 00058 - MKV ( )( )

Defendant ___Ilona Dzhamgarova___ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____  
Defendant's Signature  
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Ilona Dzhamgarova**  
Print Defendant's Name

_____  
Defense Counsel's Signature

**Arthur L. Aidala**  
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

___9/14/21___  
Date

_____  
U.S. District Judge/U.S. Magistrate Judge