USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

ILONA DZHAMGAROVA, IGOR REZNIK, and ARTHUR ARCADIAN,

Defendants.

21-cr-58 (MKV)

ORDER DENYING
MOTION TO TRAVEL

---

MARY KAY VYSKOCIL, United States District Judge:

 Defendant Igor Reznik moves to modify his bail conditions to permit him to travel to Brooklyn, New York from his current residence in Maryland. [*See* ECF No. 63. He seeks to travel to Brooklyn for a music video that the members of his musical band are recording. He seeks permission to travel to Brooklyn, New York from 4:00 am on October 30, 2021 then to return to his residence in Silver Spring, Maryland by 11:00 pm. This is Mr. Reznik's second request for this relief. On July 7, 2021, the Court denied a motion from Mr. Reznik to travel to the Southern District of New York to perform at a musical festival with his band. [ECF No. 47].

 When considering an application to modify a Defendant's bail conditions, the Court is guided by the factors discussed in 18 U.S.C. § 3142(g). Specifically, the Court must consider the nature and circumstances of the offenses charged, the weight of the evidence against the Defendant, the Defendant's personal characteristics and criminal history, and the nature of the danger to the community posed by modification. *See* 18 U.S.C. § 3142. The Court must impose conditions that "will reasonably assure the appearance of the [Defendant at trial] as required and the safety of any other person and the community." *Id.*

Mr. Reznik's existing bail conditions were negotiated and agreed to by him and were accepted by the Court at his initial presentment in this District. [*See* ECF No. 18]. They were determined to be the least restrictive conditions that would ensure Mr. Reznik's return to Court.

IT IS HEREBY ORDERED that Mr. Reznik's motion to travel to Brooklyn is DENIED.

**SO ORDERED.**

Date: **October 25, 2021**
**New York, NY**

_____
MARY KAY VYSKOCIL
United States District Judge