```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :           1:21-cr-58 (MKV)
     -against-                      :                ORDER
                                    :
   Ilona Dzhamgarova                :
                                    :
     Defendant                      :
                                    :
------------------------------------X
```

Mary Kay Vyskocil, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail be modified to include the condition of mental health assessment and treatment under the guidance of Pretrial Services.

Dated: New York, New York

November ___1st___ 2021

SO ORDERED:

_____
Mary Kay Vyskocil
United States District Judge