```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ILONA DZHAMGAROVA, IGOR REZNIK,
and ARTHUR ARCADIAN,

Defendants.

21-cr-58 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the status conference scheduled for June 28, 2022 at 2:30 PM is ADJOURNED to August 30, 2022 at 11:30 AM.  In the interest of justice, all time from today to August 30, 2022 is excluded under the speedy trial act.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial in that it will allow the government to complete its production of discovery materials; allow time for defense counsel to review discovery material in this case with Defendants; and for the parties to discuss a potential pretrial disposition of this matter.  Defendants consent to the exclusion of time.  [*See* ECF No. 87].

IT IS FURTHER ORDERED that on or before August 23, 2022, the parties shall file a joint letter regarding the status of this case.

**SO ORDERED.**

**Date:  June 22, 2022**
**New York, NY**

_____
MARY KAY VYSKOCIL
United States District Judge