USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/24/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ILONA DZHAMGAROVA, IGOR REZNIK, and ARTHUR ARCADIAN,

Defendants.

21-cr-58 (MKV)

SCHEDULING ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the status conference scheduled for August 30, 2022 at 11:30 AM is ADJOURNED to October 11, 2022 at 3:00 PM.  In the interest of justice, all time from today to October 11, 2022 is excluded under the speedy trial act.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial in that it will allow the government to complete its production of discovery materials; allow time for defense counsel to review discovery material in this case with Defendants; and for the parties to discuss a potential pretrial disposition of this matter.  Defendants consent to the exclusion of time.  [*See* ECF No. 94].

IT IS FURTHER ORDERED that on or before October 4, 2022, the parties shall file a joint letter regarding the status of this case.  In that letter, Defendants shall advise the Court as to whether they anticipate motion practice in this case.  Upon receipt of that letter, the Court may schedule a hearing either to schedule briefing or set a trial date.

**SO ORDERED.**

**Date: August 24, 2022**
**New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**