USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

ILONA DZHAMGAROVA, IGOR REZNIK, and ARTHUR ARCADIAN,

Defendants.

1:21-cr-058 (MKV)

SCHEDULING ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the trial in this case will begin on May 23, 2023. The Court has allotted one (1) week for the trial, and the parties must plan accordingly.

IT IS FURTHER ORDERED that any motions *in limine* are due by March 24, 2023. The Parties must file all other Pretrial Submissions, in accordance with the Court's Individual Rules, by April 25, 2023.

IT IS FURTHER ORDERED that the parties shall appear for the Final Pretrial Conference on May 16, 2023 at 11:00 AM.

The trial will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated:  November 28, 2022
        New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**