USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/23

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,　　　　　　　　1:21-cr-0058-1 (MKV)

　　　　　-against-　　　　　　　　　　　　　**ORDER**

ILONA DZHAMGAROVA

　　　　　　　Defendant.

---

MARY KAY VYSKOCIL, United States District Judge

　　IT IS HEREBY ORDERED that a change of plea hearing is scheduled for January 25, 2023 at 11am.

　　The hearing will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, Courtroom 18C.

**SO ORDERED.**

**Date: January 17, 2023**　　　　　　　　　HONORABLE MARY KAY VYSKOCIL
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF NEW YORK