```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ILONA DZHAMGAROVA, IGOR REZNIK, and ARTHUR ARCADIAN,

Defendants.

21-cr-58 (MKV)

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

Defendants Ilona Dzhamgarova and Arthur Arcadian are scheduled to appear at a change of plea hearing on January 25, 2023. [ECF No. 114, 115]. Defendants shall inform the Court by 3:00 PM on January 24, 2023 whether they require an interpreter for the hearing.

**SO ORDERED.**

**Date: January 23, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**