```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ILONA DZHAMGAROVA, IGOR REZNIK, and ARTHUR ARCADIAN,

Defendants.

21-cr-58 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Defendant Ilona Dzhamgarova's ("Defendant") June 25, 2024 letter requesting a conference regarding the Court's June 20, 2024 Order denying Defendant's motion to adjourn her surrender date. [ECF Nos. 178, 179]. The Government has not responded to Defendant's request. IT IS HEREBY ORDERED that the Government shall file a written response to Defendant's request by July 3, 2024. IT IS FURTHER ORDERED that the parties shall appear for a hearing regarding Defendant's request on July 11, 2024 at 11:00 AM. Defendant and her counsel, counsel for the Government, and a representative from the Probation Office shall be present at the hearing and prepared to address Defendant's application. IT IS FURTHER ORDERED that Defendant's July 8, 2024 surrender date is temporarily extended through the date of the hearing. Pending any rulings to the contrary at the hearing, Defendant shall be prepared to surrender on the date of the hearing.

**SO ORDERED.**

**Date:  June 28, 2024**　　　　　　　　　　　　　　　　　　_____
**　　　　New York, NY**　　　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**