```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ILONA DZHAMGAROVA, IGOR REZNIK, and ARTHUR ARCADIAN,

Defendants.

21-cr-58 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the hearing scheduled for July 11, 2024 at 11:00 AM is rescheduled to July 9, 2024 at 11:30 AM.  As previously ordered, Defendant and her counsel, counsel for the Government, and a representative from the Probation Office shall be present at the hearing and prepared to address Defendant's application.  The Government's submission remains due July 3, 2024.  [*See* ECF No. 180].  IT IS FURTHER ORDERED that Defendant's July 8, 2024 surrender date is temporarily extended through July 9, 2024.  Pending any rulings to the contrary at the hearing, Defendant shall be prepared to surrender on the date of the hearing.

**SO ORDERED.**

**Date: July 1, 2024**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**