```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ILONA DZHAMGAROVA, IGOR REZNIK, and
ARTHUR ARCADIAN,

Defendants.

21-cr-58 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

In light of the Government's submission advising the availability of the Assistant United States Attorneys and the Pretrial Services Officer assigned to this case [ECF No. 183], IT IS HEREBY ORDERED that the hearing scheduled for July 9, 2024 at 11:30 AM regarding the application of Defendant Ilona Dzhamgarova ("Defendant") to adjourn her surrender date [ECF Nos. 176, 179, 182] is ADJOURNED to July 15, 2024 at 10:00 AM. IT IS FURTHER ORDERED that Defendant's July 8, 2024 surrender date is temporarily extended through July 15, 2024. Pending any rulings to the contrary at the hearing, Defendant shall be prepared to surrender on the date of the hearing.

**SO ORDERED.**

**Date: July 3, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**