USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
:
UNITED STATES OF AMERICA         :
:
- v. –              :        **ORDER**
:
ILONA DZHAMGAROVA,               :        21 Cr. 58 (MKV)
:
Defendant.              :
:
-----------------------------------------------------X

WHEREAS, on March 4, 2021, the Honorable Robert W. Lehrburger, United States Magistrate Judge for the Southern District of New York, ordered ILONA DZHAMGAROVA (the "Defendant") held on $250,000 bail secured by one financially responsible person and further secured by $10,000 cash/property;

WHEREAS, on or about March 10, 2021, the Defendant personally posted $10,000 cash bail (the "Bail Funds") toward the $250,000 court-ordered personal recognizance bond, and the Bail Funds remain on deposit with the Clerk of Court (receipt number 465401275504);

WHEREAS, on or about January 25, 2023, the Defendant pled guilty to Count One of Indictment 21 Cr. 58 (MKV) (the "Indictment");

WHEREAS, on or about January 25, 2023, the Court entered a Consent Preliminary Order of Forfeiture/Money Judgment imposing a forfeiture money judgment in the amount of $540,000.00 in United States currency (the "Money Judgment") against the Defendant;

WHEREAS, to date, $538,600 of the Money Judgment remains unpaid; and

WHEREAS, the Government now moves, pursuant to Title 28, United States Code, Section 2044, for an Order to have the Bail Funds applied toward the payment of the Defendant's Money Judgment;

IT IS HEREBY ORDERED that:

1. In accordance with Title 28, United States Code, Section 2044, the Clerk of the Court shall pay the Bail Funds, less the Clerk's fees, if any, to the United States in the form of a check payable to the United States Marshals Service, which shall reference the Defendant's name and case number, and delivered to the United States Attorney's Office, Illicit Finance and Money Laundering Unit, 26 Federal Plaza 38th Fl, New York, New York, 10278.

2. Upon execution of this Order, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit the Bail Funds as a payment on the Money Judgment, into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

SO, ORDERED:

_Mary Kay Vyskocil_   _2/13/2025_
HONORABLE MARY KAY VYSKOCIL   DATE
UNITED STATES DISTRICT JUDGE